Aaron A. **WILLIAMS,** Appellant,

v.

**STATE of Missouri,** Respondent.

No. ED 97351.

Missouri Court of Appeals, Eastern District, Division Four.

April 17, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2012.

Application for Transfer Denied Aug. 14, 2012.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John Winston Grantham, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, C.J., PATRICIA L. COHEN, J. and ROBERT M. CLAYTON III, J.

## ORDER

PER CURIAM.

Aaron A. Williams appeals the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Williams' request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).